IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:24-cr-1 |
| HEZEKIAH JANILE CARNEY, | |
| Defendant. | |

## MOTION

The United States of America, by its undersigned attorneys, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility. The government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the court to allocate their resources efficiently.

Respectfully submitted,

Erik S. Seibert
United States Attorney

By: _____/s/_____
Lisa McKeel
D. Mack Coleman
Assistant United States Attorneys
Alyssa Levey-Weinstein
Special Assistant United States Attorney
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel: (757) 591-4000
Fax: (757) 591-0866

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 3, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

<div align="center" style="margin-left:50%">

_____/s/_____
Alyssa Levey-Weinstein
Special Assistant United States Attorney

</div>