# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK DAVIS
CHIEF JUDGE

April 22, 2025

Hezekiah Janile Carney #92290-510
USP LEE
P.O. BOX 305
JONESVILLE, VA   24263

USA v. Hezekiah Janile Carney
Case No. 4:24cr1

Mr. Carney,

The Clerk's Office is in receipt of your letter requesting documents in the above-named case.

The fee for documents is $0.10 (ten cents) per page, regardless of financial status. If you wish to purchase copies of any documents, payment by check or money order should be made payable to Clerk, U.S. District Court, and mailed to this office along with the written request. It is imperative that payment of the exact amount due be remitted, as the Clerk's Office cannot accept overpayments, and same will be returned unprocessed.

The page count and cost for the requested document(s) are below:

Plea Agreement: 12 pages ($1.20)

Sincerely,

/s/
Fernando Galindo, Clerk
By: Deputy Clerk

Enclosure